**Fred BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 52340.

Missouri Court of Appeals,
Western District.

Nov. 12, 1996.

Rosemary E. Percival, Asst. Pub. Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SMITH, JJ.

## ORDER

**PER CURIAM:**

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).